UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TACTICA INTERNATIONAL, INC.,
JOSEPH E. MYERS OF CLEAR THINKING
GROUP LLC, as creditor trustee for
THE TACTICA CREDITOR TRUST, and
IGIA, INC.

          Plaintiffs,

          v.

JENKENS & GILCHRIST,

          Defendants.

Case No.   07-cv-5472 (JKG)
ECF CASE

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE TACTICA CREDITOR TRUST (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        IGIA, Inc.

Date: June 8, 2007

Signature of Attorney
Richard M. Mortner (RM-0019)
**Attorney Bar Code:**

Form Rule7_1.pdf