UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TACTICA INTERNATIONAL, INC., JOSEPH E. MYERS OF CLEAR THINKING GROUP LLC, as creditor trustee for THE TACTICA CREDITOR TRUST, and IGIA, INC.<br><br>                    Plaintiffs,<br><br>            v.<br><br>JENKENS & GILCHRIST,<br><br>                    Defendants. | Case No.    07-cv-5472 (JKG)<br>                     ECF CASE<br><br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>TACTICA INTERNATIONAL, INC.,</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

IGIA, Inc.

Date: June 8, 2007

**Signature of Attorney**
Richard M. Mortner (RM-0019)
**Attorney Bar Code:**

Form Rule7_1.pdf