UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TACTICA INTERNATIONAL, INC., JOSEPH E. MYERS of CLEAR THINKING GROUP LLC, as creditor trustee for THE TACTICA CREDITOR TRUST, and IGIA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JENKENS & GILCHRIST, <br><br> Defendant. | CIVIL ACTION NO. 07 Civ. 5472 <br><br> **NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff IGIA, Inc., by its attorneys The Mortner Law Office, P.C., voluntarily dismisses its cause in the above-captioned action, and the same hereby is, dismissed without prejudice.

Dated: June 14, 2007
   New York, NY

Yours, *etc.*,

THE MORTNER LAW OFFICE, PC

By: _____
   Richard M. Mortner (RM-0019)
Attorney for Plaintiff IGIA, Inc.
16 East 40th Street, 12th Floor
New York, NY 10016
Tel. 212-575-0500