USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TACTICA INTERNATIONAL, INC., JOSEPH E. MYERS of CLEAR THINKING GROUP LLC, as creditor trustee for THE TACTICA CREDITOR TRUST, and IGIA, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>JENKENS & GILCHRIST,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO. 07 Civ. 5472<br><br><br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Tactica International, Inc., by its attorneys The Mortner Law Office, P.C., voluntarily dismisses its cause in the above-captioned action, and the same hereby is, dismissed without prejudice.

Dated: June 14, 2007
　　　　New York, NY

　　　　　　　　　　　　　　　　Yours, *etc.*,

　　　　　　　　　　　　　　　　THE MORTNER LAW OFFICE, PC

　　　　　　　　　　　　　　　　By: *[signature]*
　　　　　　　　　　　　　　　　Richard M. Mortner (RM-0019)
　　　　　　　　　　　　　　　　Attorney for Plaintiff Tactica International, Inc.
　　　　　　　　　　　　　　　　16 East 40th Street, 12th Floor
　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　Tel. 212-575-0500

So ordered!
*[signature]* J. Koeltl
U.S.D.J.
7/3/07