New York Affidavit (personal or corporate service)

Page 1 of 1

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
TACTICA INTERNATIONAL, INC., ET AL.
vs.
Defendant
JENKENS & GILCHRIST

Case No.: 07 CIV 5472
Hearing Date:
Attorney of Record:

### AFFIDAVIT OF SERVICE

Received this on _____

I, tom g davidson, being duly sworn, depose and say. I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jun 13 2007 10:15AM, I executed service of SUMMONS AND COMPLAINT on JENKENS & GILCHRIST at CT CORP SYSTEMS, 350 N ST PAUL Street, DALLAS Dallas County, TX 75201

By Personal Service to: DOMINIQUE SHETTER, reg agent. A Hispanic female approx. 30-35 years of age 5'4"-5'6" in height weighing 100-120 lbs with black hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Jun 13, 2007

tom g davidson, Reg. # sch1622, dallas, TX

State of Texas County of _Dallas_
Subscribed and sworn to before me, a notary public on Jun 13, 2007

Notary Public

ID: 8207875
Client Reference: 15178334

PFI Order No. 8207875