UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TACTICA INTERNATIONAL, INC., JOSEPH E. MYERS of CLEAR THINKING GROUP LLC, as creditor trustee for THE TACTICA CREDITOR TRUST, and IGIA, INC.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JENKENS & GILCHRIST,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 07 Civ. 5472<br><br><br><br><br>**NOTICE OF DISMISSAL** |

　　PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Joseph E. Myers of Clear Thinking Group LLC, as creditor trustee for The Tactica Creditor Trust, by its attorneys The Mortner Law Office, P.C., voluntarily dismisses its cause in the above-captioned action, and the same hereby is, dismissed without prejudice.

Dated: February 21, 2008

　　New York, NY

　　　　　　　　　　　　　　　　　　Yours, *etc.*,

　　　　　　　　　　　　　　　　　　THE MORTNER LAW OFFICE, PC

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Richard M. Mortner (RM-0019)
　　　　　　　　　　　　　　　　　　Attorney for Joseph E. Myers of Clear
　　　　　　　　　　　　　　　　　　Thinking Group LLC, as creditor trustee for
　　　　　　　　　　　　　　　　　　The Tactica Creditor Trust
　　　　　　　　　　　　　　　　　　40 Broad Street, 5th Floor
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　Tel. 212-480-2181