USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TACTICA INTERNATIONAL, INC.,
JOSEPH E. MYERS of CLEAR THINKING
GROUP LLC, as creditor trustee for
THE TACTICA CREDITOR TRUST, and
IGIA, INC.

        Plaintiffs,

v.

JENKENS & GILCHRIST,

        Defendant.

CIVIL ACTION NO. 07 Civ. 5472 (JGK)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Joseph E. Myers of Clear Thinking Group LLC, as creditor trustee for The Tactica Creditor Trust, by its attorneys The Mortner Law Office, P.C., voluntarily dismisses its cause in the above-captioned action, and the same hereby is, dismissed without prejudice.

Dated: February 21, 2008

    New York, NY

Yours, *etc.*,

THE MORTNER LAW OFFICE, PC

By: _____
Richard M. Mortner (RM-0019)
Attorney for Joseph E. Myers of Clear
Thinking Group LLC, as creditor trustee for
The Tactica Creditor Trust
40 Broad Street, 5th Floor
New York, NY 10004
Tel. 212-480-2181

**SO ORDERED:**

_____
U.S.D.J.

2/25/08